**Order entered March 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00243-CV

### IN RE JOHN EDWARD HINES, JR., Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 046853**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court is relator's petition for writ of mandamus. We request that the real

party in interest and respondent file their responses, if any, to the petition **by March 22, 2019.**

/s/     BILL PEDERSEN, III
           JUSTICE